UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAWNA WILLS,<br><br>                                    Plaintiff,<br><br>v.<br><br>AMENTUM SERVICES, INC., *et al.*,<br><br>                                    Defendants. | Case No.:  3:22-cv-01966-BAS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER**<br><br>**[ECF No. 15]** |

Before the Court is the parties' Joint Stipulation and Proposed Order to Modify the Scheduling Order as to the Mandatory Settlement Conference and Motion Deadline ("Motion to Amend the Scheduling Order"). ECF No. 15. The parties jointly request that the Court continue the November 1, 2023 Mandatory Settlement Conference ("MSC") in this matter by 30 days, or as soon thereafter is convenient for the Court. *Id.* at 2. Additionally, the parties request that the deadline to file dispositive pretrial motions be continued from November 17 to December 18, 2023. *Id.* In support of the request, the parties explain that both Plaintiff's counsel and Defendant's representative with full settlement authority have scheduling conflicts on November 1, and Plaintiff's counsel is in the middle of preparing for a trial set for November 17, 2023, which has delayed the completion of discovery. *Id.* at 2-3.

Upon consultation with the presiding District Judge in this matter, and good cause appearing, the Court **GRANTS** the parties' Motion to Amend the Scheduling Order. However, due to the delays caused by the rescheduling of the MSC and pretrial motions filing deadline, the Court will also continue the remaining dates in the case schedule, and issues the following **AMENDED** Scheduling Order:

1. All motions, other than motions to amend or join parties, or motions *in limine*, shall be filed on or before **December 18, 2023**. Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion. **Be advised that the period of time between the date you request a motion date and the hearing date may be up to sixty (60) days. Please plan accordingly.** Failure of counsel to timely request a motion date may result in the motion not being heard.

Any *Daubert* motions shall be filed along with motions for summary judgment unless no motions for summary judgment will be filed, in which case the parties may file *Daubert* motions along with motions *in limine*.

Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of the judge who will hear the

motion. No reply memorandum shall exceed ten (10) pages without such leave of court.

2. Pursuant to Local Rule 7.1.f.3.c, **if an opposing party fails to file opposition papers in the time and manner required by Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the Court.** Accordingly, all parties are ordered to abide by the terms of Local Rule 7.1.e.2 or otherwise face the prospect of any pretrial motion being granted as an unopposed motion pursuant to Local Rule 7.1.f.3.c.

3. The MSC is **CONTINUED** to **December 15, 2023** at **2:00 p.m.** before Magistrate Judge Allison H. Goddard.

In preparation for the MSC, Plaintiff must serve on Defendant a **written** settlement proposal, which must include a specific demand amount, no later than **November 27, 2023**. The defendant must respond to the plaintiff **in writing** with a specific offer amount prior to the Meet and Confer discussion. The parties should not file or otherwise copy the Court on these exchanges. Rather, the parties must include their written settlement proposals in their respective Settlement Conference Statements to the Court. Counsel for the parties must meet and confer in person or by phone no later than **December 4, 2023**.

Each party must prepare a Settlement Conference Statement, which will be served on opposing counsel and lodged with the Court no later than **December 8, 2023**. The Statement must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). The substance of the Settlement Conference Statement must comply fully with Judge Goddard's Mandatory Settlement Conference Rules (located at https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Mandatory%20Settlement%20Conference%20Rules.pdf). Each party may also prepare an **optional** Confidential Settlement Letter for the Court's review only, to be lodged with the Court no later than **December 8, 2023**. The Letter must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). Should a party choose to prepare a Letter, the substance of the Settlement Conference Letter must comply fully with Judge Goddard's Mandatory Settlement Conference Rules. **All parties are ordered to read and to fully**

**comply with the Chambers Rules and Mandatory Settlement Conference Rules of Magistrate Judge Allison H. Goddard.**

As before, the MSC shall take place via videoconference, using the Court's official Zoom account. Other than the deadlines amended above, all other mandatory procedures set forth in the Court's prior Order Modifying Mandatory Settlement Conference to be via Videoconference and Issuing Updated Procedures (ECF No. 14), including the Court's requirements regarding professional dress and comportment, **remain in place and are incorporated by reference as though fully set forth herein.** The parties should also review the Court's prior Order for technical guidance regarding the use of Zoom, if needed.

4. The parties must comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) no later than **March 18, 2024**. **Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.**

5. In jury trial cases before the Honorable Cynthia Bashant, neither party is required to file Memoranda of Contentions of Fact and Law pursuant to Civil Local Rule 16.1.f.2.

6. Counsel shall confer and take the action required by Local Rule 16.1.f.4.a on or before **March 25, 2024**.

7. Counsel for the Plaintiff(s) must provide opposing counsel with the proposed pretrial order for review and approval and take any other action required by Local Rule 16.1.f.6.a on or before **April 1, 2024**.

8. The proposed pretrial order shall be lodged with the district judge's chambers on or before **April 8, 2024**, and shall be in the form prescribed in Local Rule 16.1.f.6.

9. The final Pretrial Conference is scheduled on the calendar of the **Honorable Cynthia Bashant** for Monday, **April 22, 2024** at **11:00 AM**.

10. All motions *in limine* are due no later than **May 6, 2024**.

11. All responses to the motions *in limine* are due no later than **May 20, 2024**.

12.     The parties shall submit the following no later than **May 20, 2024**: (1) joint proposed jury instructions; (2) proposed verdict form; (3) *voir dire* questions; and (4) statement of the case.

13.     The parties shall exchange final exhibit and witness lists no later than **June 11, 2024**.

14.     A hearing for motions *in limine* is scheduled for Monday, **June 10, 2024** at **10:30 AM**.

15.     The trial in this matter shall commence on Tuesday, **June 18, 2024** at **9:00 AM**.

16.     The dates and times set forth herein will not be modified except for good cause shown.

**IT IS SO ORDERED.**

Dated: October 20, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge